# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARYLOU DANTONIO,

v.

SOUTHWEST EDUCATIONAL DEVELOPMENT
LABORATORY (SEDL) AND JILL SLACK.

**AMENDED**
JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-1193RSL

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of defendants Southwest Educational Development Laboratory and Jill Slack and against plaintiff.


July 7, 2011               William M. McCool
                           Clerk

                           /s/Rhonda Stiles
                           By, Deputy Clerk